[Nos. 14479-8-III; 16172-2-III. Division Three. June 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES MELVIN LOWRY, *Appellant*.

*In the Matter of the Personal Restraint of* JAMES M. LOWRY, *Petitioner*.

Appeal from a judgment of the Superior Court for Chelan County, No. 94-1-00228-8, Ted W. Small, J., entered November 21, 1994 and October 16, 1996, together with a petition for relief from personal restraint. Judgment *affirmed* and petition *dismissed* by unpublished opinion per Thompson, J., concurred in by Schultheis, A.C.J., and Kurtz, J.

[No. 14923-4-III. Division Three. June 17, 1997.]

THE STATE OF WASHINGTON, *Respondent*, v. JUAN FERNANDEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Chelan County, No. 95-8-00146-3, Peter Young, J. Pro Tem., entered May 23, 1995. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney, C.J., and Brown, J.

[No. 15214-6-III. Division Three. June 17, 1997.]

HARRY G. WATERS, *Appellant*, v. THE EMPLOYMENT SECURITY DEPARTMENT, *Respondent*.

Appeal from a judgment of the Superior Court for Asotin County, No. 95-2-00062-8, John M. Lyden, J., entered October 6, 1995. *Affirmed* by unpublished opinion per Brown, J., concurred in by Sweeney, C.J., and Kurtz, J.